# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDE GRANT,<br>    Plaintiff(s),<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-01629-JAD-NJK<br>**ORDER**<br>[Docket No. 4] |

Plaintiff is proceeding in this action *pro se* and submitted a complaint in an effort to initiate this case. Docket No. 1. On September 9, 2020, Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 4. That application indicates that Plaintiff makes several hundred dollars more per month than he needs to cover expenses. *See id.* at 1-2, 4. As such, it is not clear that Plaintiff will qualify to proceed *in forma pauperis*. *Cf. Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *4-5 (D. Nev. May 22, 2014) (finding *in forma pauperis* status not warranted given monthly income of $1,900 exceeded monthly expenses by $150 and was above the amount of income identified in the federal poverty guidelines), *adopted* 2014 U.S. Dist. Lexis 93234 (D. Nev. July 9, 2014). The Court will not rule on the merits of the application at this time, however.

Instead, Plaintiff's application indicates that he is trying to gather money for litigation expenses, but notes that he does not currently have the money to meet the deadline to pay the filing fee that is now set at September 25, 2020. *See* Docket No. 4 at 5. The Court construes this application as seeking an extension of that deadline so that Plaintiff can pay the filing fee.[1] As so construed, the application will be granted.

---

[1] As a litigant proceeding without an attorney, the Court construes Plaintiff's filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

In light of the above, the application to proceed *in forma pauperis* is **DENIED** without prejudice. The deadline to pay the filing fee or file a renewed application to proceed *in forma pauperis* is **EXTENDED** to November 5, 2020.

IT IS SO ORDERED.

Dated: September 10, 2020

                                                    _____
Nancy J. Koppe
United States Magistrate Judge