# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLAUDE GRANT,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:20-cv-01629-JAD-NJK

**ORDER**

    In light of Plaintiff's payment of the filing fee, *see* Docket No. 6, the Clerk's Office is INSTRUCTED to file Plaintiff's complaint (Docket No. 1-1) on the docket. Plaintiff must effectuate service within 90 days. *See* Fed. R. Civ. P. 4(m).

    IT IS SO ORDERED.

    Dated: September 30, 2020

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge

1