# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLAUDE GRANT,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:20-cv-01629-JAD-NJK

**Order re: Craig Mueller**

This case was filed by Plaintiff *pro se*. On January 22, 2021, attorney Craig Mueller used his CMECF account to electronically file Plaintiff's response to pending motions. Docket No. 22.[1] Even though Mr. Mueller's account was used, which is the same as signing the document under Rule 11, *see* Local Rule IC 2-1(i), the document itself is signed and written as if it was drafted by Plaintiff *pro se*, Docket No. 22 at 1, 6. Mr. Mueller has not filed a notice of appearance or otherwise clarified his involvement in the case.

No later than February 5, 2021, Mr. Mueller must file either a formal notice of appearance or a status report clarifying whether he is representing Plaintiff in this matter.

IT IS SO ORDERED.

Dated: January 29, 2021

                                                Nancy J. Koppe
United States Magistrate Judge

---

[1] Given Mr. Mueller's action in filing this document, he is now listed on the docket as counsel of record even though he has not filed a notice of appearance.

1