# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDE GRANT,<br>　　　　Plaintiff(s),<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>　　　　Defendant(s). | Case No.: 2:20-cv-01629-JAD-NJK<br><br>**Order**<br><br>[Docket No. 31] |

Pending before the Court is a second order to show cause arising out of Plaintiff's filing of a document using attorney Craig Mueller's CMECF account and the violation of two subsequent orders requiring clarification. *See* Docket No. 31. Mr. Mueller has now filed a statement that he does not represent Plaintiff in this matter, but has helped Plaintiff in making Court filings. *See* Docket No. 32.

Mr. Mueller's explanation is insufficient. The local rules make clear that the filing of a document using an attorney's CMECF account is the equivalent of that attorney signing the document under Rule 11. Local Rule IC 2-1(i). If Plaintiff is not represented by an attorney and is not himself permitted to file electronically, then he must comply with the procedures for manual filings. Local Rule IC 2-1(c). Mr. Mueller has not provided meaningful explanation as to why he allowed the use of his CMECF account to file documents by a *pro se* litigant. In addition, Mr. Mueller has provided no explanation as to why he did not comply with the two previous orders on this issue. *See* Docket Nos. 26, 29.

Mr. Mueller is hereby **ADMONISHED** for his violation of the local rules and Court orders. The Court expects strict compliance with the local rules and orders moving forward. In all other respects, the order to show cause is **DISCHARGED**. The show cause hearing is **VACATED**.

In light of the clarification provided, the Clerk's Office is **INSTRUCTED** to remove Mr. Mueller as counsel for record and to update the docket to reflect that Plaintiff is proceeding *pro se*.

IT IS SO ORDERED.

Dated: March 1, 2021

                                                                                         _____
Nancy J. Koppe
United States Magistrate Judge