# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLAUDE GRANT,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:20-cv-01629-JAD-NJK

**Order**

[Docket No. 30]

    Pending before the Court is Defendants' proposed discovery plan. Docket No. 30. Now that Plaintiff's status as a *pro se* litigant has been clarified, *see* Docket No. 32, the discovery plan is **DENIED** without prejudice. Plaintiff must promptly confer with defense counsel regarding the discovery plan. A joint discovery plan must be filed by March 12, 2021.

    IT IS SO ORDERED.

    Dated: March 1, 2021

                                                        Nancy J. Koppe
United States Magistrate Judge