# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDE GRANT,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-01629-JAD-NJK<br><br>**Order** |

On March 1, 2021, the Court ordered Plaintiff to promptly confer with defense counsel regarding the discovery plan and that a joint discovery plan had to be filed by March 12, 2021. Docket No. 34. To date, no joint discovery plan has been filed. Accordingly, a status report must be filed by March 31, 2021.[1]

IT IS SO ORDERED.

Dated: March 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] While a joint status report would be preferred, separate status reports may be filed if necessary.

1