UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Claude Grant,

        Plaintiff

v.

Las Vegas Metropolitan Police Department,

        Defendant

Case No.: 2:20-cv-01629-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF Nos. 14, 15, 41]

    On May 25, 2021, the magistrate judge entered a report and recommendation for this court to dismiss and close this action based on the plaintiff's failure to comply with court orders despite the explicit warning that dismissal could result.[1] The deadline for any party to object to that recommendation was June 8, 2020, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 41] is ADOPTED** in its entirety. This action is DISMISSED, all pending motions **[ECF Nos. 14, 15] are DENIED** as moot, and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

                        _____

                        U.S. District Judge Jennifer A. Dorsey
                        Dated: June 10, 2021

---

[1] ECF No. 41.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).